**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-30724
Summary Calendar

In the Matter of LINDA V. MAYER

Debtor

LINDA V. MAYER,

Appellant,

VERSUS

LOIS SHEPARD; RALPH SHEPARD; CYNTHIA LEE TRAINA; and S.J.
BEAULIEU, JR,

Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana
(96-CV-1707-C)

June 23, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is AFFIRMED for the reasons

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

given by the district court in its order dated May 30, 1997.